

# Fourth Court of Appeals
## San Antonio, Texas

Friday, February 27, 2015

No. 04-15-00031-CR and 04-15-00032-CR

Richard Allen **CLARK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1071 and A10243
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On February 23, 2015, the trial court clerk filed a supplemental clerk's record containing trial court certifications showing that appellant has the right to appeal. The reporter's records in these appeals are due no later than **March 30, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court